■ BENJAMIN GREENSTEIN v. ARTHUR G. COHEN et al.— Motion for reargument of appeal denied. Defendants-appellants rely on events subsequent to the order which was the subject of the appeal. Reargument may not be had on facts not within the record. Concur — Rabin, J. P., McNally, Stevens and Eager, JJ.

## (May 20, 1966)

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. JULES B. ST. GERMAIN v. JOHN J. McCLOSKEY, as Sheriff of the City of New York, et al.— Motion by respondents granted to the extent of staying the appeal unless appellant surrenders himself and submits to the jurisdiction of the court. (See *People v. Del Rio*, 14 N Y 2d 165, 169; *People ex rel. Erhardt* v. *Foster*, 299 N. Y. 628; *People ex rel. Hamilton* v. *Police Comr.*, 185 N. Y. 594.) In the event appellant does not surrender himself on or before June 1, respondents may move to dismiss the appeal. The application for counsel fees on the appeal is denied without prejudice to a renewal in the event the appellant surrenders and prosecutes the appeal. Appellant's cross motion is denied in all respects. Concur — Breitel, J. P., Rabin, McNally, Eager and Steuer, JJ.